UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v().                                 Case No. 22-30128
                                 Originating No. 22CR00029

**JOSHUA FORD,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JOHSUA FORD,** to answer to charges pending in another federal district, and states:

1. On **March 10, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Michigan based on an Indictment** .  Defendant is charged in that district with violation of **18 USC Section 545 – Conspiracy to Smuggle Goods into the United States.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/Brant Cook
BRANK COOK
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: March 10, 2022